IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MR. BRIAN K. THOMPSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-1479 |
| | : | |
| **MR. DAVID A. VARANO, et al** | : | |

### ORDER

**NOW**, this 28th day of August, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 5), the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 7) and the petitioner's objections to the Report and Recommendation (Document No. 17) and petitioner's supplemental objections to the Report and Recommendation (Document No. 20), and after a thorough and independent review of the record, it is **ORDERED** that:

1.	The petitioner's objections are **OVERRULED**;

2.	The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

3.	The Petition for Writ of Habeas Corpus is **DENIED**; and,

4.	There is no probable cause to issue a certificate of appealability.

 /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.