IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. BRIAN K. THOMPSON : | CIVIL ACTION |
| : | |
| v. : | NO. 12-1479 |
| : | |
| MR. DAVID A. VARANO, THE : | |
| DISTRICT ATTORNEY OF THE : | |
| COUNTY OF CHESTER and THE : | |
| ATTORNEY GENERAL OF THE : | |
| STATE OF PENNSYLVANIA : | |

### ORDER

**NOW**, this 22nd day of December, 2016, upon consideration of Petitioner's "Independent Action to Obtain Relief from Judgment or Order Pursuant to Rule 60(b) & 60(d) of the Fed.R.Civ.P." (Document No. 33), the respondents' response, and the petitioner's reply, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.